CAMP, SAUNDERS & COMPANY *v.* BACON FRUIT COMPANY.

LAMAR, J. The party applying for the writ of certiorari must give bond with good security, conditioned as provided in the Civil Code, § 4639. Where the applicant for the writ is a partnership and the bond is not signed in the firm name, nor by one professing to act for it, the proceedings are void. *Carpenter* v. *Southern Railway Co.,* 112 *Ga.* 152.

*Judgment affirmed. By five Justices.*

Argued January 27,—Decided February 9, 1903.

Certiorari. Before Judge Lumpkin. Fulton superior court. July 30, 1902.

*James K. Hines,* for plaintiff in error.

*Walter T. Colquitt* and *E. S. Lumpkin,* contra.

---

MOTT *v.* BRUNSWICK PUBLISHING COMPANY.

FISH, J. Where a judgment was rendered at chambers on June 30, 1902, and a bill of exceptions alleging error therein was tendered to the judge on July 30, 1902, the tender of the bill of exceptions was not, as required by the Civil Code, § 5539, " within thirty days from . . the date of the decision." *Peterson* v. *Georgia R. Co.,* 97 *Ga.* 798, and cases cited ; *Jones* v. *Kern,* 101 *Ga.* 309. Consequently the writ of error in such a case will, upon motion therefor, be dismissed by this court.

*Writ of error dismissed. By five Justices.*

Submitted January 13,—Decided February 7, 1903.

Motion to dismiss the writ of error.

*Ernest Dart, Ira E. Smith,* and *Crovatt & Whitfield,* for plaintiff in error. *Max Isaac* and *C. B. Conyers,* contra.